UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE HOSPITALS-COALINGA, and ROXANNE GONZALEZ,<br><br>  Defendants. | Case No. 1:23-cv-00717-HBK<br><br>ORDER TRANSFERRING CASE TO SACRAMENTION DIVISON OF THIS COURT |

Plaintiff Christian Williams, a civil detainee proceeding *pro se*, filed this civil action in the Fresno County Superior Court regarding the alleged improper release of confidential records from the Department of State Hospitals—Coalinga.  (Doc. No. 1-1).  This case was removed to this Court on May 9, 2023.  (Doc. No. 1).

The Court has reviewed the complaint, and notes Plaintiff names as a defendant an employee from this Court's Fresno Division's Clerk's office.  "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District."  Local Rule 120(f), E.D. Ca. March 1, 2022.  Here, given that Plaintiff's complaint names a defendant that is employed in the Clerk's office of the Fresno

Division of this Court, good cause exists to transfer this action from the Fresno Division to the Sacramento Division of this Court.

Accordingly, it is ORDERED:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filing shall reference the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814

Dated: May 11, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE